UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANDREW BALDWIN,

                Plaintiff,

    v.

TACOMA POLICE DEPARTMENT,

                Defendants.

Case No. 3:23-cv-06115-DGE

REPORT AND RECOMMENDATION

Noted for: March 29, 2024

On December 6, 2023 plaintiff filed a motion for leave to proceed *in forma pauperis* ("IFP") (Dkt. 1) with respect to his proposed civil rights complaint (Dkt. 1-1). On January 8, 2024, the Court ordered plaintiff to show cause why the complaint should not be dismissed for failure to state a claim, or file an amended complaint. Dkt. 2.

Plaintiff filed a proposed amended complaint on February 1, 2024. Dkt. 4. After reviewing plaintiff's proposed amended complaint, the Court ordered plaintiff to show cause why his complaint should not be dismissed for failure to state a claim, or file an amended complaint. Dkt. 5. Plaintiff has not responded to the Court's second order to show cause. Accordingly, the undersigned recommends that the Court dismiss plaintiff's action without prejudice for failure to prosecute. A proposed Order accompanies this Report and Recommendation.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. See also

REPORT AND RECOMMENDATION - 1

1 | Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for
2 | purposes of de novo review by the district judge, see 28 U.S.C. § 636(b)(1)(C), and can
3 | result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474
4 | U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations
5 | omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is
6 | directed to set the matter for consideration on March 29, 2024, as noted in the caption.

8 | Dated this 12th day of March, 2024.

*[signature]*

Theresa L. Fricke
United States Magistrate Judge

NOTED FOR: MARCH 29, 2024 - 2